IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LARRY C. LAY, *et al.*,                )
on behalf of themselves and
all others similarly situated,          )

        Plaintiffs          )

        v.                         )      No. 3:07-cv-259
                                                                             (Phillips/Guyton)

BURLEY STABILIZATION           )
CORPORATION,
                                   )

        Defendant          )


## **JUDGMENT ON DECISION BY THE COURT**

This case came before the court on plaintiffs' motion to remand and defendant's motion to dismiss. The Honorable Thomas W. Phillips, United States District Judge, having rendered a memorandum opinion denying plaintiffs' motion and granting defendant's motion,

It is ORDERED and ADJUDGED that plaintiffs' motion to remand [Court File #11] is DENIED and defendant's motion to dismiss [Court File #6] is GRANTED, whereby plaintiffs' complaint is DISMISSED on the merits, with the parties to bear their own costs of this action. This dismissal is WITHOUT PREJUDICE.

DATED at Knoxville, Tennessee, this ___ day of October, 2007.

                                                                   *s/ Patricia L. McNutt*
                                                                     CLERK OF COURT